DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SEAN S. SIMON,**
Appellant,

v.

**PATRINA ROBERTS,**
Appellee.

No. 4D2025-1485

[January 15, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Fabienne E. Fahnestock, Judge; L.T. Case No. CACE24-001126.

Sean S. Simon, Pembroke Pines, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., CONNER and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***